Lyle N. Grange, Appellee, v. W. W. Renton, Mayor of the City of Wheaton, Successor to William H. Caldwell, et al., Appellants.

Gen. No. 9,708.

opinion filed January 27, 1942. Willard E. Cain, for appellants; no appearance for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''